Sitar Bhatt, State Bar Number 029622
sbhatt@tysonmendes.com
Melina D. Favors, State Bar Number 033485
mfavors@tysonmendes.com
**TYSON & MENDES, LLP**
7910 East Thompson Peak Parkway, Suite 101
Scottsdale, Arizona 85255
Telephone: (480) 571-5031
Facsimile:  (480) 245-5424
*Attorneys for Defendant CBRE, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cathy Knapp, an individual, | No. |
| Plaintiff, | **DEFENDANT CBRE, INC.'S NOTICE OF REMOVAL** |
| vs. | |
| 1850 Central AZ, LLC, a limited liability corporation, | |
| Defendant. | |

## **INTRODUCTION**

Pursuant to 28 U.S.C. §1332(a), 28 U.S.C. §1441(a), 28 U.S.C. §1441(b), and in compliance with 28 U.S.C. §1446, CBRE, Inc. ("CBRE") timely removes this civil state court action brought by Irma Gomez ("Gomez") to the United States District Court for the District of Arizona. The civil action is pending in the Maricopa County Superior Court as Cause No. CV2022-002155; *Knapp v. 1850 Central AZ, LLC, CBRE, Inc., DL Properties, LLC and Otis Elevator Company*; (the "State Court Action").

/ / /

/ / /

Tyson & Mendes, LLP

# STATEMENT OF GROUNDS FOR REMOVAL

**I.      This Court Has Diversity Jurisdiction Pursuant to 28 U.S.C. § 1332.**

    **A.      There is complete diversity among the parties.**

        1.      Knapp is a resident of Maricopa County, Arizona. *See* Complaint in matter No. CV2022-002155, Superior Court of Arizona, Maricopa County ("Complaint") at ¶ 1, attached as **Exhibit 1.** Knapp is a citizen of Arizona for the purpose of diversity jurisdiction.

        2.      Defendant CBRE is a corporation that is incorporated in the State of Delaware. Its principal place of business is 2100 McKinney Avenue, Suite 700, Dallas, Texas, 75201. CBRE is a citizen of Delaware and Texas for the purpose of diversity jurisdiction.

        3.      Defendant Otis Elevator Company is a corporation that is incorporated in the State of New Jersey. Its principal place of business is 10 Farm Springs Road, Farmington, Connecticut. Otis Elevator Company is a citizen of Connecticut and New Jersey for the purpose of diversity jurisdiction.

        4.      Defendant 1850 Central AZ, LLC is a limited liability company organized in the State of Arizona whose only member is The David and Peggy L. Long Family Trust, located at 5475 G Street, Chino, CA. 1850 Central AZ, LLC is a citizen of California for the purpose of diversity jurisdiction.

        5.      Defendant DL Properties, LLC is a limited liability company organized in the State of Arizona whose only member is Dmitry Sheverdyaev, residing at 18/19 Surfview Road, Mona Vale, Victoria, Australia 2103. DL Properties, LLC is a citizen of Australia for the purpose of diversity jurisdiction.

TYSON & MENDES, LLP

### B. The Amount in Controversy Exceeds $75,000.

The determination of diversity jurisdiction is made at the time of removal. *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283 (1938); *see also Rogers v. Wal-Mart Stores*, Inc. 230 F.3d 868, 871 (6th Cir. 2000). Included in the calculation of the jurisdictional minimum are general damages, special damages, punitive damages, and attorneys' fees. *See Ansley v. Metropolitan Life Ins. Co.*, 215 F.R.D. 575 (D. Ariz. 2003); *see also Chabner v. United of Omaha Life Ins. Co.*, 225 F.3d 1042, 1046 n.3 (9th Cir. 1998); *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998).

Here, the evidence establishes by a preponderance of the evidence the jurisdictional minimum has been met. Knapp asserts her injuries include "suffered serious injuries that required hospitalization and immediate medical attention, including but not limited to bilateral distal radius fractures" *See* Complaint at ¶ 28. Similarly, Knapp certified her damages qualify this matter as a Tier 3 case, which under Ariz. R. Civ. P. Rule 26.2(c)(3), requires an assertion that Knapp seeks damages in excess of $300,000. *See* Complaint at ¶ 1. Thus, the amount demanded by Knapp exceeds jurisdictional minimum for diversity of citizenship jurisdiction.

## II. This Notice of Removal is Timely.

Knapp filed the Complaint on February 21, 2022. Knapp served CBRE with the Complaint on May 16, 2022. This Notice of Removal is filed before the 30 day deadline of June 15, 2022. Thus, this Notice of Removal is filed timely. *See* 28 U.S.C. § 1446(b).

CBRE has attached copies of the Complaint and Summons and Maricopa County Superior Court's civil docket. *See* **Exhibits 1-4,** respectively**.** CBRE has no other court documents

3

**TYSON & MENDES, LLP**

in its possession. Pursuant to 28 U.S.C. §1446(d) CBRE has given written notice of removal to all adverse parties, and concurrently filed a copy of this Notice of Removal with the clerk of Maricopa County Superior Court – the court in which the State Court action was filed.

## PENDING MOTIONS

There are no pending motions.

## CONCLUSION

For the stated reasons, CBRE removes the State Court Action to the United States District Court for the District of Arizona.

DATED this 15th day of June, 2022.

                                      TYSON & MENDES, LLP

                                      By: */s/ Melina D. Favors*
                                            Sitar Bhatt
                                            Melina D. Favors
                                            *Attorneys for Defendant CBRE, Inc.*

**TYSON & MENDES, LLP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

J. Tyrrell Taber
BURG SIMPSON ELDREDGE
HERSH & JARDINE, PC
2390 E. Camelback Rd.
Suite 403
Phoenix, AZ 85016
ttaber@burgsimpson.com
*Attorney for Plaintiff*

By: */s/ Mersadies Alvarado*